# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Anthony Decarlos Harris**             **Docket No. 5:07-CR-175-1BO**

## Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Decarlos Harris, who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. §922(g)(1) and §924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 23, 2008, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court. Anthony Decarlos Harris was released from custody on September 29, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine specimen on October 2, 2012, which tested positive for marijuana. He admitted that he used marijuana prior to his release from incarceration. Our screening indicates that outpatient treatment at our contract facility could be beneficial to the defendant. We recommend adding a drug aftercare requirement to the conditions of his supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 15, 2012 |

Anthony Decarlos Harris
Docket No. 5:07-CR-175-1BO
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __15__ day of __October__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge